**Dismiss and Opinion Filed April 24, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00893-CV**

**SAMMIE ANDERSON AND SAMUEL BIBLE, Appellants**
**V.**
**DANIEL STAFFORD, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-02961-E**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Goldstein

On January 30, 2024, we sent a letter to the parties questioning our jurisdiction because it appears the appeal is moot. We directed appellants to file a letter brief addressing our jurisdictional concern no later than February 9, 2024. We expressly cautioned appellants that failure to do so might result in the dismissal of the appeal without further notice. To date, appellants have not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).

230893F.P05

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SAMMIE ANDERSON AND
SAMUEL BIBLE, Appellants

No. 05-23-00893-CV        V.

DANIEL STAFFORD, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-23-02961-
E.
Opinion delivered by Justice
Goldstein. Justices Reichek and
Garcia participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 24th day of April, 2024.